# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:90cr78

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| DONALD DEVAN EDWARDS. ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion for Sentence Reduction pursuant to 18 U.S.C. §3582(c)(1)." The motion is denied.

There are no grounds stated in the motion which would support a sentence reduction pursuant to 18 U.S.C. §3582(c)(1). The Defendant claims that he has pursued administrative remedies through the Bureau of Prisons. However, he has attached a letter from the Warden of the facility in which he is housed which advised him of his appeal rights. It does not appear that the Defendant pursued those rights.

In any event, the relief sought in this Court is unavailable.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for a sentence reduction is hereby **DENIED**.

Signed: October 5, 2007

Martin Reidinger
United States District Judge